IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                                 MC-S-07-0108 FCD GGH

MANOUK GRIGORYAN,

    Defendant.                   <u>ORDER</u>

        Before the court is the government's application for writ of garnishment. Before this court can rule on the application, the government will be required to establish that Grigoryan, defendant and judgment debtor, is one and the same as M&G Medical Supply, which is the description of the debtor's interest in the property at issue.

        Accordingly, IT IS ORDERED that the government shall file the briefing as outlined herein, within twenty days of this order.

DATED: 05/30/08                                     /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE

GGH/076
USGrigoryan108.sbm.wpd

1